Honorable Christopher Droney
United States Distric Judge
office of the clerk
450 Main street
Harford CT 06103

Civil action No.
3:03 CV 276 (CFD)
A39-105-074

Your honor
I recently received your, Ruling on Habeas Corpus petition. I would like to continue fighting my deportation by pursuing my administrative remedies, but I would like to do so on the outside, with the assistance of an attorney. I believe that I am elegible for relief your honor, but I cannot properly represent myself, especially from the York Correctional Institution, a maximum security state prison. The facility's oppressive controlled movements and limited access to its legal Research collection of the regular library, makes it impossible to obtain any information to represent myself.

(part 1)

The Clerk shall docket this submission as a motion for reconsideration and include it in the Court's file. The government shall file a response by March 8, 2004. So ordered.

Christopher F. Droney
United States District Judge
02/26/04

Honorable Christopher Droney
United States Distric Judge
Office of the clerk
450 Main street
Hartford CT 06103

                Civil action No.
                3:03 CV 276 (CFD)
                A 39-105-074

Your honor
    I recently received your, Ruling on Habeas Corpus petition. I would like to continue fighting my deportation by pursuing my administrative remedies, but I would like to do so on the outside, with the assistance of an attorney. I believe that I am elegible for relief your honor, but I cannot properly represent myself, especially from the York Correctional Institution a maximum Security State Prision. The facility's oppressive controlled movements and limited access to its Legal Research collection of the regular library, makes it impossible to obtain any information to represent myself.

                (part 1)

Honorable Christopher Droney
your honor

Therefore, the purpose of this letter is to humbly and respectfully request that you allow me to post a bond in order to continue pursuing my administrative remedies.

I do not have any family in Connecticut. My entire family (2 daughters, 1 son and 2 grand daughters are all in Fabens Texas. My family hired a lawyer before, but she did not do anything for me, and that is why I ended up representing myself.

I am very afraid to return to México your honor and I am in fear for my life. My ex-husband has friends and family in México, who I know will hurt me, maybe even kill me. I did not know that I could possibly be eligible for relief under the "Special Rule for Battered Spouse or child" until recently. The very first requirement states. "The Attorney General may cancel removal in the case of an alien who is inadmissible or or deportable from the United States –

Honorable Christopher Droney
Your honor

"If the alien demonstrates that — the alien has been battered or subjected to extreme cruelty in the United States by a spouse or parent who is a United States citizen or lawful permanent resident." I was a victim of extreme and severe physical abuse from my ex-husband, José G Contreras a U.S. Citizen. After years of abuse, my ex-husband tried to kill me in 1990 by stabbing me. As a result of the attack, I lost one of my kidneys and I have an 8 inch scar on my abdomen. I was so severely emotionally traumatized, that I had to undergo psychiatric counseling for one year. The horror and pain of the attack remains with me even today.

(part 2)

Honorable Christopher Droney
Your honor

In closing your honor, if you cannot grant me a bond then I will accept whatever decision you feel is fair and appropriate for me, even though I am afraid to return to Mexico because I know that my life will be threatened and in grave danger.

I have been at the York Correctional Institution for eight months now, after successful completion of my federal sentence and it is a horrible place.

Thank you for your time and consideration

Sincerely
Leticia Abundis

*Leticia Abundis*
York CI #312107
201 West Main St
Niantic CT 06357

(Part 3)