

**U.S. Department of Justice**

United States Attorney
District of Connecticut

RECEIVED
2004 AUG -2 A 9:49
CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Abraham A. Ribicoff Federal Building    (860) 947-1101
450 Main Street, Room 328              Fax (860) 240-3291
Hartford, Connecticut 06103            www.usdoj.gov/usao/ct

July 29, 2004

**VIA HAND DELIVERY**
Honorable Christopher F. Droney
United States District Judge
450 Main Street
Hartford, Connecticut 06103

Re:   **Leticia Abundis v. Ashcroft, (3:03CV276(CFD) ( D. Conn.)**
      **A39 105 074**

Your Honor:

This letter is to advise the Court that the *pro se* petitioner in the above-referenced case, Leticia Abundis, was removed from the United States to Mexico on or about June 29, 2004. The Government notes that although petitioner had pending with the Court a motion to reconsider the denial of her habeas petition, she had in previous correspondence forward by the Government to the Court on October 10, 2003, indicated that she wanted to be deported as soon as possible.

If you have any questions concerning this matter, please have Chambers contact me.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY

Aldean Beaumont (via hand delivery)
Deportation Officer
Department of Homeland Security
Bureau of Immigration and Customs Enforcement
Hartford, Connecticut

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
08/6/04

FILED
2004 AUG -
U.S. DISTRICT COURT
HARTFORD

03cv276Let